IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**HOWARD STREET**                                                **PLAINTIFF**

**v.**                              **CIVIL ACTION NO. 1:22-cv-158-TBM-RPM**

**GCRCF,** *et al.*                                           **DEFENDANTS**

## **FINAL JUDGMENT**

This cause is before the Court *sua sponte* for consideration of dismissal. Pursuant to the Memorandum and Order of Dismissal issued this date and incorporated herein by reference,

**IT IS HEREBY ORDERED AND ADJUDGED** that this cause is **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this 10th day of November, 2022.

                                                         **TAYLOR B. McNEEL**
                                                         **UNITED STATES DISTRICT JUDGE**